```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A05-0137--CV (JWS)
             "GREGORY ALEXANDER ET AL V AK AIRLINES INC ET"

         Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 06/15/05
            Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (360) Other personal injury
                    NEGLIGENCE, BREACH OF CONTRACT
            Origin: (2) Removed from State Court
            Demand: 100
        Filing fee: Paid $250.00 on 06/15/05 receipt # 00125960
          Trial by: Jury
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | ALEXANDER, GREGORY | William H. Ingaldson<br>Ingaldson Maassen PC<br>813 W. 3rd Avenue<br>Anchorage, AK 99501-2001<br>907-258-8750<br>FAX 907-258-8751 |
| PLF 2.1 | ALEXANDER, ANA | William H. Ingaldson<br>(see above) |
| PLF 3.1 | ALEXANDER, JONATHON G. | William H. Ingaldson<br>(see above) |
| DEF 1.1 | ALASKA AIRLINES INC | Robert C. Bundy<br>Dorsey & Whitney<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501<br>907-276-4557<br>FAX 907-276-4152<br><br>Jahna M. Lindemuth<br>Dorsey & Whitney<br>1031 W. 4th Avenue, Suite 600<br>Anchorage, AK 99501-5907<br>907-276-4557<br>FAX 907-276-4152 |
| DEF 2.1 | ALASKA AIR GROUP INC | Robert C. Bundy<br>(see above)<br><br>Jahna M. Lindemuth<br>(see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A05-0137--CV (JWS)
          "GREGORY ALEXANDER ET AL V AK AIRLINES INC ET"

        Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 3.1 | [T] FREEMAN, KIRA | No counsel found for this party! |
| DEF 4.1 | [T] GRAAFF, JENNIFER | No counsel found for this party! |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0137--CV (JWS)
                        "GREGORY ALEXANDER ET AL V AK AIRLINES INC ET"

                                      For all filing dates
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/15/05
             Closed: NO

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

      Nature of Suit: (360) Other personal injury
                      NEGLIGENCE, BREACH OF CONTRACT
             Origin:  (2) Removed from State Court
             Demand:  100
         Filing fee:  Paid $250.00 on 06/15/05 receipt # 00125960
           Trial by:  Jury
```

```
Document #   Filed      Docket text

   1 -   1  06/15/05   DEF 1-2 Notice of Removal from Superior Court for the State of Alaska
                       case #3AN-05-5128 w/att exhs.

   2 -   1  06/15/05   DEF 1-2 Certificate of filing w/State Court and Service to adverse
                       parties of notice of filing notice of removal w/att exhs.

   3 -   1  06/15/05   DEF 1-2 Notice of compliance of state court docs.

   4 -   1  06/15/05   DEF 1-2 Service List.

   5 -   1  06/15/05   DEF 1-2 Corporate Disclosure Statement.

  5A-   1  06/16/05   PLF 1-3; DEF 1-2 Stipulation for ext of time until 7/29/05 to file ans.

   6 -   1  06/20/05   JWS Minute Order to Petitioner Subsequent to Removal.  Petitioner to
                       file w/i 10 days copies of state court docs and svc list. cc: cnsl

   7 -   1  06/21/05   JWS Order approving stip for ext of time until 7/29/05 to file ans
                       (5A-1). cc: cnsl

   8 -   1  07/29/05   DEF 1-2 Answer to Complaint.

   9 -   1  08/23/05   JWS Minute Order that plf file proofs of svc on defs served & proceed to
                       serve to comply w/FRCvP 4(m). cc: cnsl

  10 -   1  09/02/05   PLF 1-3 Aff of part svc on DEF 1 & DEF 2; executed 5/16/05.

  11 -   1  10/07/05   JWS Minute Order that if proof of svc of cmplt on DEFS 3 & 4 not
                       accomplished 120 days from filing of cmplt DEFS 3 & 4 will be dism. cc:
                       cnsl

  12 -   1  10/07/05   JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                       due w/i 28 days from svc of this ord. cc: cnsl

  13 -   1  10/31/05   JWS Minute Order dismissing DEF 3 & DEF 4 for failure to make svc. cc:
                       cnsl
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A05-0137--CV (JWS)
                         "GREGORY ALEXANDER ET AL V AK AIRLINES INC ET"

                                      For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 14 | - 1 | 11/07/05 | PLF 1-3; DEF 1-2  Scheduling & Planning Report. |
| 15 | - 1 | 11/22/05 | JWS Scheduling and Planning Order setting pretrial ddlns: Original disc 10/02/06; Dispositive mots ddln 11/02/06; 6 day TBJ estimate. cc: cnsl |
| 16 | - 1 | 11/30/05 | PLF 1-3 Prel Witness List. |