Robert C. Bundy, ABA #7206021
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
Alaska Airlines, Inc., and Alaska Air Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY ALEXANDER, ANA ALEXANDER, JONATHON G. ALEXANDER, a minor, by and through his parents and natural guardians, GREG AND ANA ALEXANDER,<br><br>Plaintiffs,<br>vs.<br><br>ALASKA AIRLINES, INC., ALASKA AIR GROUP, INC., KIRA FREEMAN AND JENNIFER GRAAFF,<br><br>Defendants. | Case No. A05-137 CV (JWS) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action hereby stipulate and agree that this matter should be dismissed with prejudice pursuant to the provisions of Civil Rule 41(a), with each party bearing its own costs and attorney's fees, on the grounds that the parties have reached an amicable settlement. The parties therefore request that the Court issue an Order of Dismissal to that effect.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME          ALEXANDER vs. ALASKA AIRLINES, ET AL.
                                           Case No. A05-137 CV (JWS)

Robert C. Bundy, ABA #7206021
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
Alaska Airlines, Inc., and Alaska Air Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY ALEXANDER, ANA ALEXANDER, JONATHON G. ALEXANDER, a minor, by and through his parents and natural guardians, GREG AND ANA ALEXANDER,<br><br>Plaintiffs,<br>vs.<br><br>ALASKA AIRLINES, INC., ALASKA AIR GROUP, INC., KIRA FREEMAN AND JENNIFER GRAAFF,<br><br>Defendants. | Case No. A05-137 CV (JWS) |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action hereby stipulate and agree that this matter should be dismissed with prejudice pursuant to the provisions of Civil Rule 41(a), with each party bearing its own costs and attorney's fees, on the grounds that the parties have reached an amicable settlement. The parties therefore request that the Court issue an Order of Dismissal to that effect.

DORSEY & WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR EXTENSION OF TIME          ALEXANDER vs. ALASKA AIRLINES, ET AL.
                                           Case No. A05-137 CV (JWS)

DATED this 19TH day of July, 2006, at Anchorage, Alaska.

DORSEY & WHITNEY LLP

By: /s/
Robert C. Bundy, ABA #7206021
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
Tel: (907) 257-4557
Fax: (907) 276-4152

DATED this 19th day of July, 2006, at Anchorage, Alaska.

INGALDSON, MAASSEN & FITZGERALD, P.C.

By: /s/
William H. Ingaldson, ABA #8406030
INGALDSON, MAASEN & FITZGERALD, P.C.
813 West Third Avenue
Anchorage, Alaska 99501-2001
Tel: (907) 258-8750
Fax: (907) 258-8751

CERTIFICATE OF SERVICE

This certifies that on the 20th day of July, 2006,
a copy of the foregoing document was served via mail on:

William H. Ingaldson
Ingaldson Maassen & Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001

/s/ Michelle Dehnes
Certification Signature

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

STIPULATION FOR DISMISSAL WITH PREJUDICE          ALEXANDER vs. ALASKA AIRLINES, ET AL.
Page 2 of 2                                       Case No. A05-137 CV (JWS)