Robert C. Bundy, ABA #7206021
Michael A. Grisham, ABA #9411104
DORSEY & WHITNEY LLP
1031 West Fourth Avenue, Suite 600
Anchorage, AK 99501-5907
(907) 276-4557

Attorneys for
Alaska Airlines, Inc., and
Alaska Air Group, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY ALEXANDER, ANA ALEXANDER, JONATHON G. ALEXANDER, a minor, by and through his parents and natural guardians, GREG AND ANA ALEXANDER,<br><br>Plaintiffs,<br><br>vs.<br><br>ALASKA AIRLINES, INC., ALASKA AIR GROUP, INC., KIRA FREEMAN AND JENNIFER GRAAFF,<br><br>Defendants. | Case No. A05-137 CV (JWS) |

## [PROPOSED] ORDER OF DISMISSAL

Pursuant to the Stipulation entered by the parties to this action under the terms of Civil Rule 41(a), and pursuant to the specific representation of the parties that they have reached an amicable settlement of this matter, it is hereby ORDERED that this action in its entirety is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees

DORSEY &
WHITNEY LLP
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER OF DISMISSAL                    ALEXANDER vs. ALASKA AIRLINES, ET AL.
                                       Case No. A05-137 CV (JWS)

DATED this _____ day of July, 2006.

_____
U.S. District Court Judge

CERTIFICATE OF SERVICE

This certifies that on the 20th day of July, 2005, a copy of the foregoing document was served via mail on:

William H. Ingaldson
Ingaldson Maassen & Fitzgerald, P.C.
813 W. 3rd Avenue
Anchorage, Alaska 99501-2001

_/s/ Michelle Dehnes_____
Certification Signature

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER OF DISMISSAL                              ALEXANDER vs. ALASKA AIRLINES, ET AL.
                                                                            Case No. A05-137 CV (JWS)