IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREGORY ALEXANDER, ANA ALEXANDER, JONATHON G. ALEXANDER, a minor, by and through his parents and natural guardians, GREG AND ANA ALEXANDER,<br><br>      Plaintiffs,<br><br>vs.<br><br>ALASKA AIRLINES, INC., ALASKA AIR GROUP, INC., KIRA FREEMAN AND JENNIFER GRAAFF,<br><br>      Defendants. | Case No. A05-137 CV (JWS) |

## ORDER OF DISMISSAL

Pursuant to the Stipulation entered by the parties to this action under the terms of Civil Rule 41(a), and pursuant to the specific representation of the parties that they have reached an amicable settlement of this matter, it is hereby ORDERED that this action in its entirety is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorney's fees.

DATED this 24th day of July, 2006.

              /s/
              JOHN W. SEDWICK
              UNITED STATES DISTRICT JUDGE

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

ORDER OF DISMISSAL         ALEXANDER vs. ALASKA AIRLINES, ET AL.
                                 Case No. A05-137 CV (JWS)